**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
D'AMICO DRY D.A.C.,

                          Petitioner,             20 **CIVIL** 6256 (JPC)

          -against-                    **JUDGMENT**

TREMOND METALS CORPORATION,

                          Respondent.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 5, 2021, the Second Amended Petition is granted. Judgment is entered in the amount of $156,069.76, with interest accruing thereon at a rate of 4% per annum compounded quarterly; accordingly, the case is closed**.**

**Dated**: New York, New York
           May 5, 2021

                                                **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                  **BY**:  _____
                                                  **Deputy Clerk**